UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSE JONES,

       Plaintiff,                        Case No. 1:12-cv-1283

v.                                           HON. JANET T. NEFF

MICHIGAN DEPARTMENT
OF CORRECTIONS, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 10, 2013, recommending that this Court dismiss Plaintiff's case against Defendants Patricia Caruso and Kathy Warner pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich.L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of the court. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 18) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's case against Defendants Patricia Caruso and Kathy Warner is DISMISSED pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich.L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of the court.

Dated: May 8, 2013                                       /s/Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge